1  ROY TUCK
   1600 E. Vista Way #85
2  Vista, CA 92084
   Ph: 760-840-1551
3

4  In Pro Se

5

6

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
9

10 ROY TUCK,                                    ) Case No:      '16 CV 0230 CAB DHB
                                                )
11        Plaintiff,                            )
                                                ) CONSUMER NOTICE OF
12    vs.                                       ) DISPUTE OF DEBT
                                                ) PURSUANT TO 15 U.S.C.§1692 *et seq.*
13 HCC SURETY GROUP, a California Corporation,  )
   AMERICAN CONTRACTORS INDEMNITY              )
14 COMPANY, a California Corporation,           )
   EXPERIAN INFORMATION SOLUTIONS INC.,        )
15 is a business entity, form unknown,          )
                                                )
16        Defendants,                           )
                                                )

17        **CONSUMER NOTICE OF DISPUTE OF DEBT**

18        COMES NOW, ROY TUCK, pursuant to 15 U.S.C. §1692g, Fair Debt

19 Collection Practices Act (FDCPA) *hereby disputes* the *alleged* $24,817.80 dollar

20 *consumer debt*, and *any and all past or present debt's* the Defendants HCC

21 SURETY GROUP & AMERICAN CONTRACTORS INDEMNITY COMPANY,

22 both California  Corporations, EXPERIAN INFORMATION SOLUTIONS INC., is

23 a business entity, form unknown, *claims* that I the Plaintiff ROY TUCK owes in the

24 above-entitled matter.

25        **THEREFORE,** this NOTICE shall be deemed a request/demand for

26 "verification" and debt validation request  as defined by the United States Civil

27 Code Section 15 U.S.C. §1692(g)(1)(2)(5)(b), and California Consumer Protection

28 Statutes/Laws.

1   timely manner and completely. Failure to provide the above-requested

2   documentation will result in the Plaintiff ROY TUCK filing a claim for all damages

3   and all court costs including attorney's fees and costs accordingly.

4

5

6

7   Sincerely Submitted this 29th day of January 2016.

8

9

10                         ROY TUCK Defendant, In Pro Se