Susan A. Blush [SBN 100323]
LANAK & HANNA, P.C
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 620-2350
Facsimile:   (714) 703-1610
sablush@lanak-hanna.com

Attorneys for HCC Surety Group and
American Contractors Indemnity Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>             Plaintiff,<br><br>v.<br><br>HCC SURETY GROUP, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown<br><br>             Defendants. | CASE NO.: 3:16-CV-00230-CAB-DHB<br><br>DECLARATION OF SUSAN BLUSH IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OPPOSITION TO MOTION TO DISMISS<br><br>DATE:  April 19, 2016<br>TIME:   9:00 a.m.<br>COURTROOM:  4C<br><br>BEFORE THE HONORABLE CATHY ANN BENCIVENGO |

**DECLARATION OF SUSAN BLUSH**

I, Susan A. Blush declare as follows:

1.  I am an attorney licensed to practice in the state of California and all federal districts in California.  I have personal knowledge of the facts contained herein and if called as a witness I could competently testify regarding such facts.

2.   Both Deborah and Roy Tuck reside at the same address as evidenced by the captions of their respective complaints and the Proofs of Service filed in this action,

{1413 22536}                                          1

therefore they received two sets of documents, mailed on March 15, 2016, as follow:

    a.  Motion To Dismiss;

    b.  Request for Judicial Notice;

    c.  Disclosure Statement;

    d.  Declaration of Baciocco;

    e.  Memorandum of Points & Authorities in Support of Motion to Dismiss;

    f.  Memorandum of Points & Authorities in Support of Request for Judicial Notice.

No other documents have been served on the Tucks by these Defendants.

3. In the state court action ACIC filed opposition to Roy Tuck's Demurrer on March 16, 2016. A true and correct copy of the Proof of Service is attached hereto as Exhibit 1 and incorporated herein by reference.

4. Deborah Tuck never filed anything contesting entry of judgment against her in the state court action. Roy Tuck's judgment had been set aside but entered again on April 7, 2015 after he failed to answer the complaint for a second time. A true and correct copy of the state court case docket is attached hereto as Exhibit 2 and incorporated herein by reference. No motions were served on either Tuck in that action.

5. Neither Tuck has made any attempt to contact me other than e-mailing me copies of their Motions to Extend Time on Friday, April 15, 2016. True and correct copies of the e-mails are attached hereto as exhibits 3 and 4 respectively and incorporated herein by reference.

///
///
///
///
///
///

{1413 22536}

2

I declare under penalty of perjury under the law of the state of California and the United States of America that the foregoing is true and correct.  Executed in Orange, CA on April 18, 2016.

                                                */s/ Susan A. Blush*

                              SUSAN A. BLUSH
                              Attorneys for HCC Surety Group and
                              American Contractors Indemnity Company

{1413 22536}         3

**ROY TUCK V. HCC SURETY GROUP, ET AL. 3:16-CV-00230-CAB-DHB**
**DECLARATION OF SUSAN BLUSH  IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**